IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STEVEN KIMBLE,

    Plaintiff,

v.                                                                                                                       Case No. 2:22-cv-00674-MLG-DLM

EOG RESOURCES, INC.,

    Defendant.

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

    This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. Doc. 83. The Court, having considered the motion and being otherwise fully informed, finds that the motion is well taken and is therefore granted.

    This matter and all claims within it are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Final judgment will be entered separately pursuant to Federal Rule of Civil Procedure 58(a). The parties shall bear their own costs and attorney's fees.

    It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA