# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STEVEN KIMBLE,

    Plaintiff,

v.   Case No. 2:22-cv-00674-MLG-DLM

EOG RESOURCES, INC.,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Final Order of Dismissal with Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA